## Rittenhouse *v.* Fleck Industries, Inc., Appellant.

Argued December 4, 1972. *Patrick T. Ryan,* with him *Ward T. Williams,* and *Drinker, Biddle & Reath,* for appellant; *Parke H. Ulrich,* with him *Fox, Differ, Callahan & Ulrich,* for appellee.

Judgment affirmed.